

# NUMBER 13-24-00338-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

BEST CHOICE
RESTAURANTS, LLC,                                                    Appellant,

v.

EDNA LUMBER CO., INC.,                                              Appellee.

---

## ON APPEAL FROM THE 476TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Peña and West**
**Memorandum Opinion by Chief Justice Tijerina**

This matter is before the Court on appellant's motion to dismiss. The parties have reached an agreement, and appellant no longer desires to pursue the matter and requests dismissal of the appeal.

Having considered the motion, we are of the opinion that the appeal shall be

dismissed pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the motion to dismiss is granted, and the appeal is hereby dismissed. In accordance with the motion, each party shall bear their own costs. *See id.* R. 42.1(a)(2)(A). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA<br>
Chief Justice

Delivered and filed on the
29th day of January, 2026.